# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date:<u>8/15/08</u>

Case No.   <u>CR-08-0503  SI</u>                    Judge:  <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>JASON VASSILL (C)(P)</u>
<u>JAMES LINVILLE (C)(P)</u>

Attorneys:  <u>A. Danner</u>            <u>L.  Stiglich, M. Kane</u>

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>McVickar</u>

## PROCEEDINGS

1) <u>Trial Setting - HELD</u>
2) _____
3) _____
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
PART

Case continued to **9/22/08  @ 11:00 a.m.**  for Status

Case continued to <u>**@ 11:00 a.m.**</u>  for Motions
(Motion due , Opposition  Reply )

Case continued to <u>@</u> for Pretrial Conference

Case continued to <u>**@ 8:30 a.m.**</u> for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  <u>Effective Preparation</u>
**Delay begins:          Delay ends: 9/22/08**
(      AUSA to draft order           )

ORDERED AFTER HEARING:

Discovery is being produced and reviewed by counsel.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )